**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| STEVEN H. GREENFELD, TRUSTEE : <br> FOR THE BANKRUPTCY ESTATE : <br> OF HEALTH MANAGEMENT : <br> RESOURCES, INC. : <br>     : <br> Plaintiff, : <br>     : <br> v.   : <br>     : <br> WEINSTOCK, FRIEDMAN : <br> & FREIDMAN, P.A. *et al.* : <br>     : <br> Defendants. : <br> _____ : | Civil Case No.: 1:06-cv-03241-BEL |

### DEFENDANT, PRE-PAID LEGAL SERVICES, INC.'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Pre-Paid Legal Services, Inc., by and through counsel, Bruce L. Marcus, Esquire, Joseph A. Compofelice, Jr., Esquire and Marcus & Bonsib, pursuant to Fed.R.Civ.P. 12(b)(6) and 56(b), and hereby moves this Honorable Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted, or in the alternative, for entry of summary judgment in its favor. In support thereof, Defendant refers this Honorable Court to the attached Memorandum of Law.

Respectfully submitted,

MARCUS & BONSIB

/s/   *Joseph A. Compofelice, Jr.*
_____
BRUCE L. MARCUS, ESQ., #06341
JOSEPH A. COMPOFELICE, JR., ESQ. # 26718
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
*Attorneys for Defendant, Pre-Paid Legal Services, Inc.*

**REQUEST FOR HEARING**

Defendant, Pre-Paid Legal Services, Inc., hereby requests a hearing on all issues raised in the foregoing motion.

/s/    *Joseph A. Compofelice, Jr.*
_____
Joseph A. Compofelice, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2007 a copy of the foregoing was electronically filed and mailed first-class, postage prepaid to:

Adam M. Freiman, Esq.
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, MD  21208

A. Dwight Pettit, Esq.
Mitchell D. Treger, Esq.
A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD 21205
*Attorneys for Plaintiff*

Deborah M. Whelihan
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036
*Attorney for Defendant, Weinstock, Friedman & Friedman, P.A.*

/s/    *Joseph A. Compofelice, Jr.*
_____
Joseph A. Compofelice, Jr.